# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** _____   Caption [use short title] _____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:** _____   **OPPOSING PARTY:** _____

☐ Plaintiff   ☐ Defendant

☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____   **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

_____

_____

_____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**   **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):   Has this request for relief been made below? ☐ Yes ☐ No
☐ Yes ☐ No (explain): _____   Has this relief been previously sought in this court? ☐ Yes ☐ No

_____   Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

Is the oral argument on motion requested?   ☐ Yes   ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☐ No If yes, enter date: _____

**Signature of Moving Attorney:**

__/s/ Nola B. Heller_____ **Date:** _____   Service : ☐ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES,<br><br>  *Plaintiff-Appellee*,<br><br>v.<br><br>LUIS FILPO,<br><br>  *Defendant-Appellant*. | Docket No. 25-1350 |

## DECLARATION OF NOLA B. HELLER

**NOLA B. HELLER** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the Bar of the State of New York and am admitted to practice before the United States Court of Appeals for the Second Circuit. I am an attorney at Milbank LLP. I was appointed by the United States District Court for the Southern District of New York as counsel for Defendant-Appellant Luis Filpo in the proceedings underlying this appeal. I make this declaration in support of a motion to relieve me, Matthew Laroche, Peter Rosania, and Peter Farag as counsel so that Mr. Filpo can appear pro se. The attorney for the government, Assistant United States Attorney Patrick R. Moroney, states that the government has no position on the motion and does not intend to file a response.

2. Mr. Filpo pleaded guilty to and was convicted in the district court of: (1) assault with a dangerous weapon in aid of racketeering, in violation of 18 U.S.C. §§ 1959(a)(3) and 2; and (2) conspiracy to commit murder in aid of racketeering, in violation of 18 U.S.C. § 371. The district court (Engelmayer, J.) sentenced Mr. Filpo to an aggregate term of 300 months, without time served credit for any time served through the date of Mr. Filpo's sentencing and to run consecutively with the sentence Mr. Filpo currently is serving for a New York State prison contraband conviction. Dist. Ct. Dkt. No. 42.

3. Mr. Filpo has appealed.

4. Mr. Filpo has advised me that he does not wish to be represented by counsel in this appeal and wishes to appear pro se.

5. Pursuant to 2d Cir. R. 4.1(d)(1), I have advised Mr. Filpo that (A) he must promptly obtain other counsel unless he desires to appear pro se, and (B) if he is financially unable to obtain counsel, this Court may appoint counsel under the Criminal Justice Act, 18 U.S.C. § 3006A. Pursuant to 2d Cir. R. 4.1(d)(2)(D), I am attaching Mr. Filpo's signed statement that he has been advised that he may retain new counsel or apply for appointment of counsel, and that he does not wish to be represented by counsel but wishes to appear pro se. Ex. A. Mr. Rosania and I have discussed this matter with Mr. Filpo. I am confident that he understands both his

rights and obligations as a pro se litigant, that he unequivocally wishes to appear pro se in this appeal, and that this is his knowing and voluntary choice.

6. 28 U.S.C. § 1654 provides: "In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein." 28 U.S.C. § 1654. "This provision has been interpreted to allow for two types of representation: 'that by an attorney admitted to the practice of law by a governmental regulatory body and that by a person representing himself.'" *Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308 (2d Cir. 1991) (quoting *Turner v. American Bar Ass'n*, 407 F. Supp. 451, 477 (N.D. Tex. 1975)). Because the law allows Mr. Filpo to appear pro se, and because he wishes to do so, I respectfully request that this Court relieve me and my office as counsel so that Mr. Filpo can appear pro se.

7. Pursuant to 2d Cir. R. 4.1(d)(3), I am today serving a copy of this motion on Mr. Filpo via first-class mail to Luis Filpo, Reg. No. 37348-511, Metropolitan Detention Center, 80 29th Street, Brooklyn, NY 11232, and on the attorney for the government, Assistant United States Attorney Patrick R. Moroney via CM/ECF.

**WHEREFORE**, I respectfully request that this Court issue an order relieving me and Messrs. Laroche, Rosania, and Farag as counsel so that Mr. Filpo can appear pro se.

Dated:     June 6, 2025
               New York, NY

                                            Respectfully submitted,

                                            /s/ *Nola B. Heller*
                                            Nola B. Heller
                                            MILBANK LLP
                                            55 Hudson Yards
                                            New York, NY 10001
                                            (212) 530-5108

                                            *Counsel for Defendant-Appellant*
                                            *Luis Filpo*

## CERTIFICATE OF SERVICE

I certify that a copy of this motion has been served on Mr. Filpo via mail to Luis Filpo, Reg. No. 37348-511, Metropolitan Detention Center, 80 29th Street, Brooklyn, NY 11232, and on the attorney for the government, Assistant United States Attorney Patrick R. Moroney via CM/ECF.

Dated:     June 6, 2025
               New York, NY

                                             /s/ *Nola B. Heller*
                                             Nola B. Heller

# EXHIBIT A

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES,<br><br>*Plaintiff-Appellee*,<br><br>v.<br><br>LUIS FILPO,<br><br>*Defendant-Appellant*. | Docket No. 25-1350 |

## STATEMENT OF LUIS FILPO

Pursuant to 2d Cir. Rule 4.1(d)(2)(D), I, **LUIS FILPO**, state that I have spoken to my attorneys, Nola B. Heller and Peter Rosania, about my desire to appear pro se in this appeal. Ms. Heller and Mr. Rosania have advised me that I may retain new counsel or apply for appointment of counsel. I do not wish to be represented by counsel in this appeal. I wish to appear pro se in this appeal.

By: _____
Luis Filpo

Dated: Brooklyn, NY
May 30, 2025

May 30, 2025